UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIRST HOME BANK,

    Plaintiff,

v.                                                   Case No: 8:17-cv-1568-T-36JSS

POLYMATHIC LLC and MARCELLA J. CAPRON,

    Defendants.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on November 8, 2017 (Doc. 17). In the Report and Recommendation, Magistrate Judge Sneed recommends that Plaintiff's Motion for Default Judgment (Dkt. 15) be granted and the Clerk be directed to enter judgment in favor of Plaintiff, First Home Bank, against Defendants, Polymathic LLC and Marcella J. Capron, jointly and severally, in the amount of $149,578.76. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 17) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)   Plaintiff's Motion for Default Judgment (Doc. 15) is GRANTED.

(3)   The Clerk is directed to enter judgment in favor of Plaintiff, First Home Bank, against Defendants, Polymathic LLC and Marcella J. Capron, jointly and severally, in the amount of $149,578.76.

(4)   The Clerk is further directed to terminate all deadlines and close this case.

**DONE AND ORDERED** at Tampa, Florida on November 28, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record